294

## Frank J. Scull, Appellee, v. Westfield Homes, Inc., and William W. Goldman, Appellants.

Gen. No. 44,697.

opinion filed April 4, 1949; released for publication May 17, 1949. Shaffer, Seelig, Mandel & Shapiro, for appellants; Sidney W. Mandel, Raymond I. Suekoff and Jack P. Frost, of counsel; Harold Goldsmith, for appellee; Irving S. Adler, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full.

## Gary-Wheaton Bank, Appellee, v. Grace M. Helton et al. John S. Stopper, Appellant.

Gen. No. 10,296.

opinion filed April 21, 1949; released for publication May 9, 1949. George T. Spensley, for appellant; Campbell, Clithero & Fischer, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.